# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5157**                    **September Term, 2024**

**1:25-cv-00935-PLF**

**Filed On:** May 1, 2025

National Treasury Employees Union,

        Appellee

    v.

Donald J. Trump, President of the United
States, et al.,

        Appellants


**BEFORE:**   Henderson, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal and an immediate administrative stay, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. on Tuesday, May 6, 2025. Any reply is due by 5:00 p.m. on Thursday, May 8, 2025.


**Per Curiam**


               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

       BY:    /s/
              Selena R. Gancasz
              Deputy Clerk